**Denied and Opinion Filed March 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00345-CV

### IN RE A.H., Relator

**Original Proceeding from the County Court
Kaufman County, Texas
Trial Court Cause No. 87976-CC**

## MEMORANDUM OPINION

Before Justices Bridges, Stoddart, and Schenck
Opinion by Justice Stoddart

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to dismiss this case pursuant to section 263.401 of the Texas Family Code. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not met those requirements. *See In re Tex. Dep't of Family & Protective Servs.*, 210 S.W.3d 609, 614 (Tex. 2006) (concluding accelerated appeal provided an adequate remedy for trial court's failure to dismiss a suit affecting the parent-child relationship within the statutory deadline). We **DENY** the petition.

/Craig Stoddart/

CRAIG STODDART

150345F.P05                JUSTICE